IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| JAMES B. THOMAS | * | Case No. 19-22866-MCR |
| | | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CHERYL ROSE, Trustee | * | |
| Plaintiff | * | |
| v. | * | Adversary No. 24-00138-MCR |
| FRANK MITCHELL | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>CERTIFICATE OF SERVICE OF SUMMONS</u>

I, Jeffrey M. Orenstein, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Summons and Notice of Pre-Trial Conference, as well as a copy of Plaintiff's Complaint, was made on June 14, 2024 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Frank Mitchell
6140 North Dakota Avenue, N.W.
Washington, D.C. 20011

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: (Describe briefly):

1

☐       State Law:      The defendant was served pursuant to the laws of the State of _____,
as follows:  (Describe briefly).                                      (Name of State)


        Under penalty of perjury, I declare that the foregoing is true and correct.


        __6/14/24__                              \s\ Jeffrey M. Orenstein
              Date                                        Signature



                              JEFFREY M. ORENSTEIN
                              Wolff, & Orenstein, LLC
                              Shady Grove Plaza
                              15245 Shady Grove Road
                              North Lobby, Suite 465
                              Rockville, Maryland  20850
                              (301) 250-7232
                              jorenstein@wolawgroup.com